

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-24-00517-CV

_____

DR. BRIAN BROWN, Appellant

V.

JOSEPHINE NZEPAH AND MOTHER IS GOLD HOME HEALTH CARE, INC.,
Appellees

---

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2024-002490-3

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On November 19, 2024, and December 11, 2024, we notified Appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless Appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because Appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 16, 2025

---

[1] *See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).